No. 93–489.  O'MELVENY & MYERS *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR AMERICAN DIVERSIFIED SAVINGS BANK, ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 93–356.  MCI TELECOMMUNICATIONS CORP. *v.* AMERICAN TELEPHONE & TELEGRAPH CO.; and

No. 93–521.  UNITED STATES ET AL. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL.  C. A. D. C. Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

No. 93–517.  BOARD OF EDUCATION OF KIRYAS JOEL VILLAGE SCHOOL DISTRICT *v.* GRUMET ET AL.;

No. 93–527.  BOARD OF EDUCATION OF MONROE-WOODBURY CENTRAL SCHOOL DISTRICT *v.* GRUMET ET AL.; and

No. 93–539.  ATTORNEY GENERAL OF NEW YORK *v.* GRUMET ET AL.  Ct. App. N. Y.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 93–518.  DOLAN *v.* CITY OF TIGARD.  Sup. Ct. Ore.  Motions for leave to file briefs as *amici curiae* filed by the following are granted: Northwest Legal Foundation, Pacific Legal Foundation et al., National Association of Home Builders et al., Mountain States Legal Foundation et al., Washington Legal Foundation et al., and Oregon Association of Realtors.  Certiorari granted.

No. 93–6497.  McFARLAND *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to Question 2 presented by the petition.

No. 92–9146.  VAKSMAN *v.* UNIVERSITY OF HOUSTON BOARD OF TRUSTEES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–116.  FALOON ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.